**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dennis Allen BREWER, Defendant–**
**Appellant.**

**No. 01–6940.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 2, 2001.

Dennis Allen Brewer, pro se.

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Dennis Allen Brewer seeks to appeal the district court's orders denying his motion

filed under 28 U.S.C.A. § 2255 (West Supp.2000) and his subsequent motion for a certificate of appealability. Although Brewer's § 2255 motion was successive, the district court denied relief on the merits. Because Brewer did not obtain authorization from this court to file his successive motion in the district court, we deny a certificate of appealability and dismiss the appeal because the district court lacked authority to consider it. *See* 28 U.S.C.A. §§ 2244(b)(3), 2255 (West Supp.2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*